**2005–2162.   Bellman v. Am. Internatl. Group.**

Lucas App. No. L–03–1301. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the motions to withdraw of appellees Universal Underwriters Insurance Company and American Family Insurance Company,

IT IS ORDERED by the court that the motions are granted.

RESNICK, J., dissents.